**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01010-CR

**DAVID CARY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81636-2011**

## ORDER

The State's November 4, 2014 unopposed motion to participate in oral argument is

**GRANTED**.


/s/     ELIZABETH LANG MIERS
        PRESIDING JUSTICE